> ORDER:
> Motion granted.
> Initial case management conference is RESCHEDULED to August 19, 2013, at 9:30 a.m.
>
> John Bryant, USMJ

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| CHARLES RUSSELL GIVEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:13-cv-0579 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| LIFE INSURANCE COMPANY OF NORTH ) | MAGISTRATE JUDGE BRYANT |
| AMERICA, )) | |
| ) | |
| Defendant. ) | |

### JOINT MOTION TO CANCEL OR RESCHEDULE THE INITIAL CASE MANAGEMENT CONFERENCE

Plaintiff and Defendant move the Court for an Order continuing the Initial Case Management Conference. The Initial Case Management Conference is currently scheduled for August 5, 2013 (Court File No. 3); however, lead counsel for Defendant will be out of the country from August 1, 2013 until August 9, 2013. In addition, on July 30, 2013, the parties filed the Joint Proposed Case Management Order (Court File No. 6). All parties consent to a continuance of the Initial Case Management Conference.

Accordingly, the parties request that the Initial Case Management Conference be canceled or rescheduled on a date agreeable to the Court and the parties.